UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| REGINALD CRAWFORD | CIVIL ACTION NO. 04-0926 |
| versus | JUDGE HICKS |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to terminate benefits is **AFFIRMED,** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

Shreveport, Louisiana, this 23rd day of August, 2005.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE